Potomac LAW GROUP

**Potomac Law Group, PLLC**

1177 Avenue of the Americas, 5th Floor | New York, NY 10036
1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.743.1511 | F 202.318.7707 | www.potomaclaw.com
dadams@potomaclaw.com

February 28, 2025

Honorable Marcia M. Henry
United States Magistrate Judge
225 Cadman Plaza
East Brooklyn, New York 11201

Re: *United States of America ex rel. Yvonne Ward v. FEGS Home Attendant Services Inc. et al.*, Case No. 1:22-cv-04725-PKC-MMH

Dear Judge Henry:

In accordance with your January 8, 2025 Order, the parties jointly write to provide a status report to the Court regarding discovery and settlement discussions. Regarding discovery, Relator Ward served document requests and interrogatories on the Defendants and the Defendants have provided their responses and objections to those requests, along with a production Bates Labeled Defendants 1-8278. Relator Ward is currently evaluating the Defendants' responses and objections, along with their document production.

Defendants likewise have served document requests and interrogatories on Relator Ward and she has provided her responses and objections to those requests, along with a production of documents Bates Labeled Ward 1-3799. Defendants are currently evaluating Relator Ward's responses and objections, along with her document production.

Regarding settlement discussions, Relator Ward provided a proposed settlement offer on December 16, 2024, subject to approval by the United States. Defendants have not yet responded to that offer or provided a counteroffer.

To date, the parties have worked well to coordinate discovery, but we will alert the Court if and when any Court assistance is needed regarding the discovery process.

Respectfully submitted,

/s/ Derek Adams
Derek Adams

*Counsel for Plaintiff-Relator Ward*

/s/ Xavier M. Bailliard
Xavier M. Bailliard

*Counsel for Defendants*