

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**XAVIER M. BAILLIARD**
Member

xbailliard@csglaw.com

O 973.530.2203    F 973.325.1501

August 18, 2025

*Via Email*

Derek Adams, Esq.
Potomac Law Group, PLLC
1177 Avenue of the Americas, 5th Floor
New York, New York 10036

Re: *U.S. ex rel. Yvonne Ward v. FEGS Home Attendant Servs. Inc., et al.*,
**Civil Action No. 1:22-cv-04725 (PKC) (MMH)**

Dear Mr. Adams:

      This firm represents Defendants in the above-referenced matter. Pursuant to the Court's July 28, 2025 Text Order, Defendants hereby serve the following documents in connection with Defendants' motion to dismiss Relator's Amended Complaint pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure:

1. Notice of Defendants' Motion to Dismiss Relator's Amended Complaint; and
2. Defendants' Memorandum of Law in support of Defendants' Motion to Dismiss Relator's Amended Complaint.

      Respectfully submitted,

*/s/ Xavier M. Bailliard*

Xavier M. Bailliard
Member

CC: Hon. Pamela K. Chen, U.S.D.J. *via CM/ECF*