

**Potomac Law Group, PLLC**

1177 Avenue of the Americas, 5th Floor | New York, NY 10036
1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.743.1511 | F 202.318.7707 | www.potomaclaw.com
dadams@potomaclaw.com

September 5, 2025

Honorable Marcia M. Henry
United States Magistrate Judge
225 Cadman Plaza
East Brooklyn, New York 11201

    Re:    *United States of America ex rel. Yvonne Ward v. FEGS Home Attendant Services Inc. et al.*, Case No. 1:22-cv-04725-PKC-MMH

Dear Judge Henry:

In accordance with Judge Chen's Order dated July 28, 2025, the Parties are currently engaged in motion practice regarding Defendants' motion to dismiss. In order to permit sufficient time for discovery to be completed following Judge Chen's decision, the Parties have agreed, subject to Your Honor's approval, to extend the currently ordered discovery plan by six months, as follows:

- Completion of fact discovery (August 29, 2025) – extended to February 27, 2026
- Joint status report certifying close of fact discovery (September 12, 2025) – extended to March 12, 2026
- Affirmative expert reports due (October 1, 2025) – extended to April 1, 2026
- Rebuttal expert reports due (November 3, 2025) – extended to May 1, 2026
- Depositions of experts to be completed (December 1, 2025) – extended to June 1, 2026
- Completion of all discovery, with joint status report certifying the close of all discovery (December 14, 2025) – extended to June 12, 2026
- Dispositive motions, if any (December 14, 2025) – extended to June 12, 2026
- Proposed Joint Pre-Trial Order due (if no dispositive motion filed) (January 30, 2026) – extended to July 30, 2026

The Parties respectfully request that Your Honor order these agreed-upon deadlines.

Respectfully submitted,

/s/ Derek Adams
Derek Adams

*Counsel for Plaintiff-Relator Ward*

/s/ Xavier M. Bailliard
Xavier M. Bailliard

*Counsel for Defendants*

SO ORDERED:

_____  _____
MARCIA M. HENRY                                    Date
United States Magistrate Judge