**CSG law**

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

RENEE M. SHAFRAN
Associate

rshafran@csglaw.com

O 973.530.2375     F 973.325.1501

September 30, 2025

*Via CM/ECF*
Hon. Pamela K. Chen, U.S.D.J.
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Chambers N631
Brooklyn, New York 11201

Re:   *U.S. ex rel. Yvonne Ward v. FEGS Home Attendant Services Inc., et al.*,
      Civil Action No. 1:22-cv-04725-PKC-MMH

Dear Judge Chen:

This firm represents Defendants FEGS Home Attendant Services Inc., Home Attendant Service of Hyde Park, Inc., and Home Health Management Services, Inc. (collectively, "Defendants") in the above-captioned matter. Pursuant to the Court's Text Order dated July 28, 2025, Defendants' reply brief in further support of their motion to dismiss Relator's Amended Complaint is currently due on October 1, 2025.

Over the weekend, lead counsel Xavier Bailliard, Esq. was hospitalized, and at this time it remains unclear when he will be released. In light of these circumstances, Defendants respectfully request a brief extension of the reply deadline to Monday, October 6, 2025 at which time the parties will also file their respective moving papers. Counsel for Relator consents to this request.

We thank the Court in advance for its consideration and are available to provide any additional information the Court may require.

Respectfully submitted,

/s/ *Renee M. Shafran*

Renée M. Shafran
Associate

NEW JERSEY    NEW YORK